AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) Case: 1:23-mj-00115 |
| JAY JAMES JOHNSTON | ) Assigned To : Upadhyaya, Moxila A. |
|  | ) Assign. Date : 6/5/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*          JAY JAMES JOHNSTON                         ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☒ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restructed Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage through the Capitol Grounds or Buildings.

Date:    06/05/2023

*Issuing officer's signature*

City and state:   Washington, D.C.         Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  6/5/2023 , and the person was arrested on *(date)*  6/7/2023
at *(city and state)*  Los Angeles, CA   .

Date:  6/7/23

*Arresting officer's signature*

Michael Gee, Special Agent
*Printed name and title*