UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 1:23-mj-115 |
| | : | |
| JAY JAMES JOHNSTON, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Kaitlin Klamann, who may be contacted by telephone at (202) 252-6778 or by email at Kaitlin.klamann@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Kaitlin Klamann*
KAITLIN KLAMANN
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-6778
Kaitlin.klamann@usdoj.gov
IL Bar No. 6316768