# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**, | ) ) ) ) Criminal No. 1:23-mj-00115-MAU |
| v. | ) ) |
| **JAY JAMES JOHNSTON**, | ) ) |
| Defendant. | ) ) |

## ENTRY OF APPEARANCE OF COUNSEL

Notice is hereby given that Stanley E. Woodward, Jr. of the law firm Brand Woodward Law, LP enters his appearance as counsel for Defendant Jay James Johnston.

Dated: June 15, 2023    Respectfully submitted,

　　　　　　　　　　　　　　　　  */s/ Stanley E. Woodward, Jr.*
　　　　　　　　　　　　　Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
　　　　　　　　　　　　　BRAND WOODWARD LAW, LP
　　　　　　　　　　　　　400 Fifth Street, Northwest
　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　Washington, DC  20001
　　　　　　　　　　　　　202-996-7447 (telephone)
　　　　　　　　　　　　　202-996-0113 (facsimile)
　　　　　　　　　　　　　Stanley@BrandWoodwardLaw.com

　　　　　　　　　　　　　*Counsel for Defendant Jay James Johnston*

**CERTIFICATE OF SERVICE**

On June 15, 2023, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification to all parties of record.

                                                  */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest
Suite 300
Washington, DC 20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Jay James Johnston*